# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROCCO L. GAGLIOTI,**

               **Plaintiff,**

**-vs-**                                         **Case No. 6:04-cv-435-Orl-31KRS**

**KARMA MEDIA, INC., ARMAND F. KULPA,**
d/b/a Industry Magazine,

               **Defendants.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, *Rocco L. Gagliotti*, and against the Defendants, *Karma Media, Inc.* and *Armand F. Kulpa*, jointly and severally, in the amount of **$5,000.00 (Five Thousand and no/100ths Dollars).**

Date:   May 23, 2005

                                                SHERYL L. LOESCH, CLERK

                                            s/ *M. Pleicones*, Deputy Clerk